IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT D. RIGGS,<br><br>                Plaintiff,<br><br>vs.<br><br>SHELBY C.C.A. PRISON, et al.,<br><br>                Defendants. | No. CV 10-23-GF-SEH<br><br>ORDER |

On July 1, 2010, United States Magistrate Judge Keith Strong issued Findings and Recommendations[1] in which certain claims were ordered to be answered, and other claims were recommended for dismissal, either with or without prejudice. Objections to the Findings and Recommendations[2] were filed on July 19, 2010.

Upon de novo review, I find no error in the Magistrate's Findings and Recommendations for dismissal of designated claims. 28 U.S.C. § 636(b)(1).

---

[1] Docket No. 6.

[2] Docket No. 8.

ORDERED:

1. Defendants Shelby C.C.A. Prison and Unit Counselor McDuna are DISMISSED WITHOUT PREJUDICE.

2. Mr. Riggs's state law medical malpractice claims against Defendants Warden MacDonald, Assistant Warden Law, Unit Manager Ron Stercho, Captain Mertz, Rena Bear, and Correctional Officer Mirical are DISMISSED WITH PREJUDICE.

DATED this 20th day of July, 2010.

SAM E. HADDON
United States District Judge